

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2019

No. 04-18-00515-CV

**SOUTHCROSS ENERGY PARTNERS GP, LLC**.,
Appellant

v.

Ivy **GONZALEZ** on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, and the Estate
of Jesus Gonzalez, Jr.; Amy and Jesus Gonzalez, Sr.; and Rene Elizondo,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-139
Honorable Sandra L. Watts, Judge Presiding

## O R D E R

Appellees' unopposed second motion for an extension of time to file the appellees' brief is granted. We order the appellees' brief due April 15, 2019. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court